IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOYD EVRIDGE                                                                PLAINTIFF

v.                              No. 3:23-cv-121-DPM

KRISTI PUTNAM, In her Official
Capacity as Director, Arkansas
Department of Human Services                                      DEFENDANT

## ORDER

1. Evridge's motion to proceed *in forma pauperis*, Doc. 1, is granted. He reports living on his wife's limited monthly income, with most going toward necessary expenses. He cannot afford the filing and administrative fees.

2. The Court notes Evridge's motion for a temporary restraining order and preliminary injunction, *Doc. 3*. The request for a TRO is denied. Evridge has known about the challenged listing since the summer of 2022. No sufficient basis has been provided for the Court to act without notice to the Defendant. Instead, all the papers will be served and the Court will hold an expedited hearing on the motion for a preliminary injunction.

3. Evridge's lawyers must prepare a summons, which the Clerk will issue, for Kristi Putnam, Director of the Arkansas Department of Human Services. Counsel must deliver process to the U.S. Marshal for the Eastern District of Arkansas. The Court directs the

Marshal to serve the summons, complaint, and this Order on Putnam, as Director, at the Arkansas Department of Human Services at 700 Main Street, Little Rock, Arkansas 72201 without prepayment of fees.  Service should be in person rather than by mail.  (The Court has had trouble with service by mail on DHS in past cases.)  The Marshal must expedite service and file proof of service as soon as practicable.

4. The Court extends Defendant Putnam's time to respond to the motion for a preliminary injunction to the date that her answer or Rule 12(b) motion is due.

5. The Court will hold a hearing on the motion for a preliminary injunction on Monday, 10 July 2023, in Jonesboro starting at 9:00 a.m.  Each side will have two hours to offer proof and make argument.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 May 2023