IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOYD EVRIDGE                                                                                   PLAINTIFF

v.                                       No. 3:23-cv-121-DPM

KRISTI PUTNAM, In her Official
Capacity as Director, Arkansas
Department of Human Services                                                   DEFENDANT

ORDER

1. **Hearing Setting.** This case is set for a hearing on Evridge's motion for a preliminary injunction in Jonesboro on Monday, 10 July 2023. We'll start at 9:00 a.m. in Courtroom 324. Each side will have two hours to offer proof and make argument.

2. **Witnesses and Exhibits.** By the close of business on 5 July 2023, the parties must provide the courtroom deputy in Little Rock with a copy of any hearing exhibits not already in the record, plus the exhibit and witness lists (using the Court's forms). Please send courtesy copies to Jonesboro chambers. Please provide the exhibits on paper and in electronic form.

3. **Courtroom Technology.** As soon as practicable, counsel should contact Jake Kornegay at the Clerk's office in Jonesboro about technology needs. He will coordinate with the Court's IT department. Any plan for use of non-Court technology must be approved by the IT department.

-2-

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 June 2023