IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOYD EVRIDGE                                                                PLAINTIFF

v.                              No. 3:23-cv-121-DPM

KRISTI PUTNAM, In her Official
Capacity as Director, Arkansas
Department of Human Services                                    DEFENDANT

ORDER

1. The parties have informally notified the Court that they have resolved the disputes related to Evridge's motion for a preliminary injunction. The 10 July 2023 hearing is cancelled. The motion, *Doc. 3*, is denied without prejudice as moot.

2. The Court will address Putnam's motion to dismiss in due course. Evridge's motion for an extension, *Doc. 12*, is granted. His response is due by 12 July 2023.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 June 2023