IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BOYD EVRIDGE**                                                              **PLAINTIFF**

v.                          No. 3:23-cv-121-DPM

**KRISTI PUTNAM, in her Official
Capacity as Director, Arkansas
Department of Human Services**                      **DEFENDANT**

### ORDER

The Court agrees with Director Putnam that the Department's corrective action has mooted Evridge's claims. As to him, the registry has been corrected and his former potential employers notified. *Already, LLC v. Nike, Inc.*, 568 U.S. 85, 91 (2013); *Brazil v. Arkansas Department of Human Services*, 892 F.3d 957, 959–60 (8th Cir. 2018). No substantial likelihood exists that a future employer will be notified that Evridge is on the registry. ARK. CODE ANN. §§ 12-18-906, -910(a) & (f); *Brazil*, 892 F.3d at 960. There seems to be no dispute that the Department stumbled by notifying the two prospective employers. He does not seek damages. And because there's no real prospect that Evridge will be harmed again, he no longer has standing to pursue a declaration against the Department. *Martin v. Sargent*, 780 F.2d 1334, 1337 (8th Cir. 1985).

* * *

Motion to dismiss, *Doc. 9*, granted. Evridge's complaint will be dismissed without prejudice.

So Ordered.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

25 August 2023