IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOYD EVRIDGE                                                                              PLAINTIFF

v.                              No. 3:23-cv-121-DPM

KRISTI PUTNAM, in her Official
Capacity as Director, Arkansas
Department of Human Services                                                  DEFENDANT

JUDGMENT

Evridge's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 August 2023